**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Timothy Barrett

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Barrett, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>Ecom Interactive, LLC d/b/a ZBiddy d/b/a ZBiddy.com,<br><br>Defendant. | Case No.: 13-CV-00939-BEN-NLS<br><br>CLASS ACTION<br><br>NOTICE OF SETTLEMENT<br><br><br>**Judge:** Hon. Roger T. Benitez |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety, on an individual basis. The Parties anticipate filing a Joint Motion for Dismissal with prejudice as to the named plaintiff and without prejudice as to the putative class within 40 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 28, 2013 for filing a Joint Dismissal.

Respectfully submitted,

Dated: September 23, 2013

**KAZEROUNI LAW GROUP, APC**

BY: /S/ ABBAS KAZEROUNIAN
    ABBAS KAZEROUNIAN, ESQ.
    ATTORNEYS FOR PLAINTIFF