**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Timothy Barrett

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Timothy Barrett, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>Ecom Interactive, LLC d/b/a ZBiddy d/b/a ZBiddy.com,<br><br>Defendant. | Case No.: 13-CV-00939-BEN-NLS<br><br>**CLASS ACTION**<br><br>**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |
|---|---|

1  Plaintiff Timothy Barrett ("Mr. Barrett") hereby requests dismissal of the above-captioned action against Defendant Ecom Interactive, LLC d/b/a ZBiddy d/b/a ZBiddy.com with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a). Therefore, Mr. Barrett respectfully requests that the above-captioned action be dismissed WITH PREJUDICE as to Plaintiff's claims and WITHOUT prejudice as to the putative class claims.

Respectfully submitted,

Dated: October 24, 2013  **KAZEROUNI LAW GROUP, APC**

BY: /S/ ABBAS KAZEROUNIAN
ABBAS KAZEROUNIAN, ESQ.
ATTORNEYS FOR PLAINTIFF

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: 13-CV-00939-BEN-NLS          2